**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 558 MAL 2021
                               :
               Respondent     :
                               : Petition for Allowance of Appeal
                               : from the Order of the Superior Court
             v.             :
                               :
                               :
DARRIN WAYNE LYNCH,            :
                               :
              Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.